# FEBRUARY 11, 1942

## JACK ADAMS V. THE STATE.

No. 21928. Delivered February 11, 1942.

316

The opinion states the case.

*R. E. Eubank,* of Paris, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.
GRAVES, Judge.

Appellant was convicted of a simple assault, and by the court fined the sum of $5.00.

There does not appear in the record any notice of appeal, which is necessary to give jurisdiction to this court. See Branch's Penal Code, p. 302, Sec. 588.

The appeal is therefore dismissed.

No. 21929. Delivered February 11, 1942.

The opinion states the case.

*R. E. Eubank,* of Paris, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.